Amanda G. Billyard (SBN 256838)
**FINANCIAL RELIEF LAW CENTER**
1200 Main St., Suite G
Irvine, CA 92614
Direct Phone: 714-442-3349
Facsimile: 714-361-5392
abillyard@bwlawcenter.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DANNY GERARD GASS<br><br>    Debtor. | Case No.: 8:14-BK-13157-TA<br><br>Chapter 13<br><br>**RESPONSE TO TRUSTEE'S NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (DELINQUENCY)**<br><br>**Hearing:**<br>Date:  7/31/19<br>Time:  3:00 pm<br>Place:  411 West Fourth St. Santa Ana, CA<br>Room: 5B |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE CH. 13 TRUSTEE; AND ALL INTERESTED PARTIES:**

DANNY GERARD GASS ("Debtor") hereby responds to the Trustee's NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDINGS (DELINQUENCY) and has set the matter for hearing. This Response is based on this Response, the Notice of Hearing, and the Declaration of the Debtor.

## Statement of Facts

1. The Chapter 13 Trustee filed Motion to Dismiss on June 6, 2019 for delinquency of $100.
2. National Data website shows that the Debtor paid the $100 on June 13, 2019 and that the payment cleared.

- 1 -
RESPONSE TO TRUSTEE'S NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (DELINQUENCY)

**WHEREFORE,** the Debtor respectfully requests that the Trustee's NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (DELINQUENCY) be denied.

DATED: June 20, 2019

                                          Respectfully Submitted,

                                          /s/ Amanda G. Billyard
                                          Amanda G. Billyard
                                          FINANCIAL RELIEF LAW CENTER
                                          Attorneys for Debtor