**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 8500**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

**UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA**

| IN RE:<br>　DANNY GERARD GASS<br><br><br>　　　　　　　Debtor(s). | Chapter 13<br>Case No.:  8:14-bk-13157-TA<br><br>**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13  (11 U.S.C. - 1307(C))**<br><br>**(No Date Set)** |
|---|---|

TO DEBTOR(S), COUNSEL, ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss the Case (11 U.S.C. 1307(C)) dated June 06, 2019, Docket No.76.

July 10, 2019

/s/ Amrane Cohen
Amrane Cohen
Chapter 13 Trustee